No. 01–7997. HERNANDEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–8002. COPELAND *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–8003. PAZ-ZAMORA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–8005. ZALAZAR-TORRES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–8007. MENDOZA-MEDINA, AKA MENDOZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8009. MOSLEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–8011. KANESS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–8015. MCCLEAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–8020. ENCARNACION-MENDEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–8022. HUNTER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–8029. EVANS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–8032. COLVIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–8038. RAMSEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–8041. LIRA-ESPINOZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8045. RANGEL-MORALES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.